UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| TRAVIS BARNETT, | ) | |
|---|---|---|
| Petitioner, | ) | |
| v. | ) | No. 4:14CV1723 RLW |
| TOM VILLMER, | ) | |
| Respondent, | ) | |

## MEMORANDUM AND ORDER

Before the Court is petitioner's request for extension of time to comply with the Court's October 14, 2014 Memorandum and Order requiring him to submit an amended habeas petition, on a court form, redacting the names of all minors relative to this action. Petitioner asserts that he has had difficulty complying with the Court's Order due to his incarceration in Administrative Segregation. The Court will grant petitioner's request for additional time.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's request for additional time to file his amended petition for writ of habeas corpus [Doc. #3] is **GRANTED**.

**IT IS FURTHER ORDERED** that within thirty (30) days from the date of this Order, petitioner shall refile an amended habeas petition on a court form, redacting the names of all minors relative to this action.

**IT IS FURTHER ORDERED** that upon petitioner's filing of the amended petition, the Clerk shall resubmit this matter to the Court for review pursuant to Rule 4 of the Rules Governing § 2254 Cases.

Dated this 4th day of December, 2014.

*Ronnie L. White*
RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE